| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Birotte, Jr., Andre | United States District Court, Central District of California | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2018 to 12/31/2018 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United State District Court
350 W. First Street
Los Angeles, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Birotte, Jr., Andre** | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo (cash) (X) | A | Interest | L | T | | | | | |
| 2. Invesco Developing Markets Fund A (GTDDX) (X) | A | Dividend | J | T | | | | | |
| 3. Janus Henderson Global Select Fund D (JANRX) | C | Dividend | K | T | | | | | 15 |
| 4. MassMutual Whole Life Policy (X) | | None | L | T | | | | | |
| 5. Rental Property, Newark, NJ (1/2 interest) | E | Rent | N | W | | | | | 24 |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. Flexshares Qual Div ETF (QDF) (X) | A | Dividend | | | Sold | 06/20/18 | J | A | |
| 8. Goldman Sachs Actvbeta US Lrg ETF (GSLC) (X) | A | Dividend | J | T | | | | | |
| 9. Invesco Optimum Yield Diversified Commodity Strategy No K-1 ETF (PDBC) | | None | | | Buy | 02/07/18 | J | | |
| 10. | | | | | Sold | 12/17/18 | J | | |
| 11. iShares Edge MSCI Min Vol Glbl ETF (ACWV) | A | Dividend | K | T | Buy | 11/09/18 | J | | |
| 12. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 13. Schwab US Large Cap ETF (SCHX) (X) | A | Dividend | J | T | | | | | |
| 14. SPDR Mid Cap ETF (SPMD) | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 15. SPDR MSCI ACWI Ex-US ETF (CWI) (X) | A | Dividend | K | T | Buy (add'l) | 06/20/18 | J | | |
| 16. | | | | | Sold (part) | 12/28/18 | J | | |
| 17. Vanguard Short Term Cor Bd ETF (VCSH) | A | Dividend | J | T | Buy | 10/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total World Stock ETF (VT) (X) | A | Dividend | K | T | | | | | |
| 19. Angel Oak Multi Strategy Incm Fd A (ANGLX) (X) | A | Dividend | J | T | | | | | |
| 20. Doubleline Total Return Bd Fd Cl N (DLTNX) (X) | B | Dividend | K | T | Buy (add'l) | 02/08/18 | J | | |
| 21. | | | | | Sold (part) | 12/17/18 | J | | |
| 22. Eaton Vance Global Macro Abs Ret A (EAGMX) (X) | A | Dividend | J | T | | | | | |
| 23. JPMorgan Short Duration Bond A (OGG1Z) (X) | A | Dividend | J | T | | | | | |
| 24. Palmer Square Incm Plus Fd I (PSYPX) (X) | A | Dividend | J | T | | | | | |
| 25. AQR Lg Cap Defensive Style N (AUENX) (X) | A | Dividend | K | T | Sold (part) | 06/20/18 | J | A | |
| 26. | | | | | Sold (part) | 10/17/18 | J | A | |
| 27. AQR Lg Cap Momentum Style N (AMONX) (X) | A | Dividend | J | T | | | | | |
| 28. ASG Mgd Futures Strategy Fd Cl A (AMFAX) (X) | A | Dividend | | | Sold (part) | 10/17/18 | J | | |
| 29. | | | | | Sold | 11/09/18 | J | | |
| 30. Baron Emrg Mkts Fd Retail (BEXFX) (X) | A | Dividend | J | T | | | | | |
| 31. DFA US Small Cap Val Port I (DFSVX) (X) | A | Dividend | J | T | | | | | |
| 32. Gateway Fund Cl A (GATEX) (X) | | None | | | Sold | 02/07/18 | J | A | |
| 33. Invesco Balanced Risk Alloc Fd Cl A (ABRZX) (X) | | None | J | T | | | | | |
| 34. Van Eck Cm Commodity Indx Fd A (CMCAX) | A | Dividend | J | T | Buy | 12/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 (H) | | | | | | | | | |
| 36. iShares MSCI EAFE ETF (EFA) | B | Dividend | J | T | | | | | 62 |
| 37. Vanguard Index Fds Total Stock Mkt ETF (VTI) (X) | B | Dividend | J | T | | | | | |
| 38. Brokerage Account #1 (H) | | | | | | | | | |
| 39. iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | Buy (add'l) | 08/08/18 | J | | 21 |
| 40. iShares Russell 1000 Value Index Fund (IWD) | A | Dividend | J | T | | | | | 10 |
| 41. iShares Russell 2000 Value Index Fund (IWN) | A | Dividend | J | T | | | | | 11 |
| 42. iShares S&P Mid Cap 400 Growth ETF (IJK) | A | Dividend | J | T | | | | | 12 |
| 43. iShares S&P Small Cap Growth ETF (IJT) | A | Dividend | J | T | | | | | 13 |
| 44. SPDR S&P 500 ETF Fund (SPY) | A | Dividend | J | T | | | | | 17 |
| 45. Vanguard Growth Index Fund (VUG) | A | Dividend | J | T | | | | | 19 |
| 46. Vanguard Total International Index Fund (VWO) | A | Dividend | J | T | | | | | 20 |
| 47. Trust Account #1 (H) | | | | | | | | | |
| 48. Fidelity Government Money Market (SPAXX) (cash equivalent) (X) | C | Dividend | M | T | | | | | |
| 49. Goldman Sachs BK NY CD 1.20000% (38147JAT9) | | None | | | Redeemed | 03/06/18 | K | | 27 |
| 50. Goldman Sachs BK CD FOA GE Capital 2.200000% (36161TYQ2) | B | Interest | K | T | | | | | 28 |
| 51. Discover BK CD 1.555000%´ (254672ZX9) | A | Interest | K | T | | | | | 29 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. California St GO BDS 02.00000% 02/01/18 (13063BP30) | A | Interest | | | Redeemed | 02/01/18 | K | | 46 |
| 53. California St GO BDS Ser.A 05.00000%04/01/2018 (13063AQ49) (X) | A | Interest | | | Redeemed | 04/02/18 | L | | |
| 54. California St GO BDS 05.50000% 04/01/2018 (13063A4H4) (X) | B | Interest | | | Redeemed | 04/02/18 | K | | |
| 55. University Calif Revs For Previous 05.00000% (91412GRP2) (X) | A | Interest | | | Redeemed | 05/15/18 | K | | |
| 56. Beverly Hills Calif Pub Fin Auth Lease 04.0000% 06/01/18 (088006EJ6) | A | Interest | | | Redeemed | 06/01/18 | K | | 39 |
| 57. Berkeley Calif Go Ref Bds Ser. 2015 05.00000% (084113QY8) (X) | B | Interest | | | Redeemed | 09/04/18 | K | | |
| 58. California St GO BDS 05.50000% (13063A4J0) (X) | B | Interest | K | T | | | | | |
| 59. California St Univ Rev Rev Bds Ser 05.37500% (13077CTA2) (X) | C | Interest | L | T | | | | | |
| 60. University Calif Revs For Prev 05.00000% (91412GRQ0) (X) | B | Interest | L | T | | | | | |
| 61. California St Economic Recovery 05.00000% (13067JKT7) (X) | B | Interest | K | T | | | | | |
| 62. Peralta Calif Cmnty College Dist Go Bds 05.25000% (713575QX9) (X) | B | Interest | K | T | | | | | |
| 63. California St Univ Rev Systemwide (13077DBB7) | | None | K | T | Buy | 12/13/18 | K | | |
| 64. Metropolitan Wtr Dist Southern CA 03.5000% 07/01/21 (59266TLB5) | B | Interest | L | T | | | | | 72 |
| 65. Santa Monica-Malibu Uni Sch Dist Calif 04.00000% (802498LY9) | A | Interest | L | T | Buy | 06/13/18 | L | | |
| 66. San Diego Calif Cmnty College Dist (797272NY3) | A | Interest | K | T | Buy | 07/05/18 | K | | |
| 67. Berkley Calif Uni Sch Dist Go Ref Bds (084154VG5) | | None | K | T | Buy | 12/14/18 | K | | |
| 68. San Francisco Calif Bay Area Rapid Tran (797661VX0) | A | Interest | L | T | Buy | 06/20/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Metropolitan Wtr Dist Southn Calif 02.00000% (59266TNC1) (X) | B | Interest | L | T | | | | | |
| 70. California St Dept Vet Affairs Home Pur 03.40000% (130658MD6) (X) | B | Interest | K | T | | | | | |
| 71. FPA Crescent Fund (FPACX) | D | Dividend | | | Sold | 12/27/18 | L | | 36 |
| 72. Lord Abbett International Opportunities Fnd F (LINFX) | B | Dividend | | | Sold (part) | 02/13/18 | J | B | 37 |
| 73. | | | | | Sold | 12/27/18 | K | | |
| 74. Virtus Global Real Estate Securities 1 (VGISX) | C | Dividend | L | T | | | | | 38 |
| 75. iShares CORE S&P 500 ETF (IVV) | B | Dividend | M | T | | | | | 63 |
| 76. iShares S&P 500 Growth ETF (IVW) (X) | C | Dividend | M | T | | | | | |
| 77. iShares Tr EAFE Sml Cp ETF (SCZ) | | None | K | T | Buy | 12/28/18 | K | | |
| 78. iShares S&P 500 Value ETF (IVE) | C | Dividend | M | T | | | | | 34 |
| 79. Invesco (formerly Claymore) Bulletshares 2022 CB (BSCM) | B | Dividend | L | T | | | | | 67 |
| 80. Invesco (formerly Claymore) Bulletshares 2021 CB (BSCL) | B | Dividend | K | T | | | | | 71 |
| 81. Invesco (formerly Claymore) Bulletshares 2020 CB (BSCK) | B | Dividend | L | T | | | | | 68 |
| 82. Invesco (formerly Claymore) Bulletshares 2019 CB (BSCJ) | B | Dividend | L | T | | | | | 69 |
| 83. Invesco (formerly Claymore) Bulletshares 2018 CB (BSCI) | B | Dividend | | | Sold | 12/28/18 | K | | 70 |
| 84. Trust Account #2 (H) | | | | | | | | | |
| 85. Fidelity Government Money Market (SPAXX) (cash equivalent) (X) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. California St Dept Wtr Res Pwr Supply 05.00000% (13066YNL9) (X) | | None | | | Redeemed | 05/01/18 | K | | |
| 87. California St Dept Wtr Res Pwr Supply 05.00000% (13066YNM7) (X) | | None | | | Redeemed | 05/01/18 | K | | |
| 88. University Calif Revs For Previous 05.00000% (91412GRP2) (X) | A | Interest | | | Redeemed | 05/01/18 | J | | |
| 89. California St Economic Recovery 05.00000% (13067JMY4) (X) | B | Interest | | | Redeemed | 07/02/18 | K | | |
| 90. Santa Clara Calif Uni Sch Dist Go Bds 04.00000% (801495YT3) (X) | A | Interest | | | Redeemed | 07/02/18 | J | | |
| 91. Sweetwater Calif Un High Sch Dist Go Bds 05.62500% (870462QJ0) (X) | B | Interest | | | Redeemed | 08/01/18 | K | | |
| 92. California St Go Bds 05.00000% (13063CLQ1) (X) | C | Interest | | | Redeemed | 10/01/18 | K | | |
| 93. California St Go Bds 05.50000% (13063A4J0) (X) | C | Interest | L | T | | | | | |
| 94. California St Univ Rev Rev Bds Ser 05.25000% (13077CSM7) (X) | B | Interest | K | T | | | | | |
| 95. Peralta Calif Cmnty College Dist Go Bds 05.25000% (713575QX9) (X) | B | Interest | K | T | | | | | |
| 96. California St Var Purp Go and Go Ref 05.00000% (13063BMV1) (X) | C | Interest | L | T | | | | | |
| 97. San Mateo Calif Un High Sch Dist Go Ref 05.00000% (799017MZ8) (X) | B | Interest | K | T | | | | | |
| 98. California St Tax Exempt Var Purp (13063C4G2) | B | Interest | L | T | Buy | 06/13/18 | L | | |
| 99. California St Go Bds 02.25000% (13063CGK0) (X) | A | Interest | K | T | | | | | |
| 100. San Diego Calif Cmnty College Dist (797272NY3) | A | Interest | K | T | Buy | 07/05/18 | K | | |
| 101. California St Go Bds Ser 2016 (13063CZN3) | B | Interest | L | T | Buy | 06/20/18 | L | | |
| 102. Berkely Calif Uni Sch Dist Go Ref Bds (084154VG5) | | None | L | T | Buy | 12/14/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. San Francisco Calif Bay Area Rapid Tran (797661VX0) | A | Interest | L | T | Buy | 06/20/18 | L | | |
| 104. University Calif Revs Rev Bds Ser (91412G6M2) | | None | K | T | Buy | 12/13/18 | K | | |
| 105. San Francisco Calif City & Cnty Go Bds 03.00000% (797646SS6) (X) | B | Interest | L | T | | | | | |
| 106. Berkeley Calif Uni Sch Dist Go Ref Bds 02.00000% (084154WQ2) (X) | A | Interest | K | T | | | | | |
| 107. Deutsche Global Infrastru Fd Inst (TOLIX) (X) | A | Interest | | | Sold | 12/17/18 | L | | |
| 108. Franklin K2 Alt Strat (FABZX) | C | Dividend | M | T | | | | | 31 |
| 109. Goldman Sachs Emerg Mkts Eq. (GEMIX) | A | Dividend | M | T | Sold (part) | 02/14/18 | K | D | 30 |
| 110. Lord Abbett Intl Opportunities Fnd F (LINFX) | C | Dividend | | | Sold | 12/27/18 | K | | 66 |
| 111. iShares Core S&P 500 ETF (IVV) | C | Dividend | M | T | Sold (part) | 05/31/18 | K | D | 33 |
| 112. iShares Tr EAFE Sml Cp ETF (SCZ) | | None | K | T | Buy | 12/28/18 | K | | |
| 113. Vanguard FTSE Developed Mkt ETF (VEA) | D | Dividend | N | T | Sold (part) | 02/14/18 | J | B | 35 |
| 114. Vanguard Index Tr Vanguard Extended Market Vipers (VXF) | C | Dividend | N | T | Sold (part) | 05/31/18 | K | D | 64 |
| 115. Invesco (formerly Claymore) Bulletshares 2020 HY (BSJK) (X) | B | Dividend | L | T | | | | | |
| 116. Invesco (formerly Claymore) Bulletshares 2019 HY (BSJJ) (X) | A | Dividend | K | T | | | | | |
| 117. Invesco (formerly Claymore) Bulletshares 2018 HY (BSJI) (X) | A | Dividend | | | Sold | 12/28/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report has been reorganized by account, with assets listed in brokerage order. As a result, more than one line of the current report might correspond with a single line in the prior report and, where appropriate, multiple lines in the prior report have been consolidated herein. Where necessary for clarity, corresponding line numbers in the prior report have been included in Column D(5) for ease of review. This is not indicative of reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Because I previously served as a co-executor of an estate, many holdings related to this fiducuary position were added to my report. When that role ended, estate holdings nonetheless were carried forward in my report. Final distributions to me are introduced into this report with "(X)." In addition, items from Part VII, lines 1-9, 14, 16, 18, 22, 25, 32, 40-45, 47-59, 61, 65, and 73-100 of the 2017 report have been omitted from this report as they ceased being reportable. There are no corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andre Birotte, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544